[No. 13993–2–I.   Division One.   October 6, 1986.]

*In the Matter of the Marriage of* EVELYN CHASE,
*Appellant, and* ROBERT L. CHASE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–3–04680–2, Jim Bates, J., entered October 19, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 15130–4–I.   Division One.   October 6, 1986.]

WILLIAM E. GRADER, *Respondent*, v. THE CITY
OF LYNNWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–2–01475–0, Daniel T. Kershner, J., entered July 6, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Webster, JJ. Now published at 45 Wn. App. 876.

[Nos. 7397–8–II; 7828–7–II.   Division Two.   October 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
W. WALLACE, *Appellant.*

*In the Matter of the Personal Restraint of*
MICHAEL W. WALLACE, *Petitioner.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83–1–00182–7, Alan R. Hallowell, J., entered October 13, 1983, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.